## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

JIMMY WARD, ON HIS OWN
BEHALF AND OTHERS
SIMILARLY SITUATED,

       Plaintiff,

vs.                         CASE NO. 6:10-CV-308-ORL-19GJK

MEDIC AIR SYSTEMS, INC., A
FLORIDA PROFIT CORPORATION,

       Defendant.

_____

### ORDER

      This case was considered by the Court on notice of settlement in the Plaintiff's

Notice of Settlement(Doc. No. 42, filed February 9, 2011).  Upon consideration, this cause

is **DISMISSED,** subject to the right of any party to reopen the action within thirty (30) days

upon good cause shown, or to submit a notice of voluntary dismissal with prejudice or to

submit a stipulated form of final judgment.

      **DONE AND ORDERED** at Orlando, Florida, this    13th    day of February,

2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record